## MARCH TERM, 1869.

CLARK's executors, appellants, and RICHARDS, respondent.

This case is reported in chancery, in 3 *C. E. Green*, 327. Opinion by Beasley, C. J., affirming decree of the Chancellor.

---

THE MORRIS AND ESSEX RAILROAD COMPANY, appellants, and THE SUSSEX RAILROAD COMPANY, respondents.

This case is reported in chancery, *ante, p.* 13.   Opinion by BEDLE, J., reversing decree of the Chancellor.

---

BERRYMAN, appellant, and GRAHAM, respondent.

This case is reported in chancery, *ante, p.* 29.   Opinion by VAN SYCKEL, J., reversing decree of the Chancellor.

---

TANTUM, appellant, and GREEN, respondent.

This case is reported in chancery, *ante, p.* 105.   Opinion by DALRIMPLE, J., affirming decree of the Chancellor.

---

DeCOURCEY and others, appellants, and LITTLE and others, respondents.

This case is reported in chancery, *ante, p.* 115.   Opinion by BEASLEY, C. J., affirming decree of the Chancellor.